EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONIDES CEGUEDA. MARIO CARRERA, EMILIO TLACOMULCO, and RAIMUNDO SANCHEZ, *individually and on behalf of others similarly situated,*

*Plaintiffs,*

-against-

LIRA OF NEW YORK, INC. (d/b/a LUKE'S BAR & GRILL), LUIGI MILITELLO, LUIGI LUZARDI and JOHN DOE,

*Defendants.*

Case No.: 1:13-cv-04869-CM

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

This Court, having considered and inspected the Settlement Agreement and General Release of Claims between the Parties in the above-captioned action, IT IS HEREBY ORDERED that (1) the settlement is approved; and (2) the that the above-captioned action is hereby dismissed in its entirety as against all Defendants, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

_____
Stephen D. Hans
*Attorneys for Defendants*
STEPHEN D. HANS & ASSOCIATES, P.C.
45-18 Court Square, Suite 403
Long Island City, New York 11101
Tel: (718) 275-6700
Fax: (718) 275-6704

_____
Michael A. Faillace
Charles R. Fritch
*Attorneys for Plaintiffs*
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd Street, Suite 2020
New York, New York 10165
Tel.: (212) 317-1200
Fax: (212) 317-1620