```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2014

LEONIDES CEGUEDA and MARIO
CARRERA, individually and on behalf of others
similarly situated,

        Plaintiffs,

-against-

LIRA OF NEW YORK, INC. (d/b/a LUKE's
BAR & GRILL), LUIGI MILITELLO, LUIGI
LUZARDI, and JOHN DOE,

        Defendants.

------------------------------------------------------------X

13 Civ. 4869 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

  The Court has been advised that the parties have reached a settlement in this Fair Labor Standards Act case. Pursuant to the telephone conference held by the Court on April 4, 2014, it is hereby:

  ORDERED that if the parties wish to resolve the case by a stipulation under Federal Rule of Civil Procedure 41(a)(1)(A), they shall submit the stipulation by April 18, 2014. The parties should submit such a stipulation to the Orders and Judgments Clerk at judgments@nysd.uscourts.gov in accordance with Rule 18.3 of the SDNY ECF Rules and Instructions. The Court will not enter under Rule 41 the stipulation previously submitted by the parties because it has neither considered nor inspected the settlement agreement.

  To the extent the parties seek judicial approval of their settlement, however, they shall submit to the Court by April 18, 2014 a joint letter via ECF setting forth their views as to why their settlement is fair and should be approved. The letter must address the considerations detailed in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012), and must include a

copy of the settlement agreement itself, attached as an exhibit. The parties are further advised that the Court will not approve settlement agreements that contain a confidentiality provision.

SO ORDERED.

Dated: April 9, 2014
New York, New York

GREGORY H. WOODS
United States District Judge