USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONIDES CEGUEDA, MARIO CARRERA, EMILIO TLACOMULCO, and RAIMUNDO SANCHEZ, *individually and on behalf of others similarly situated*,

          *Plaintiffs*,

-against-

LIRA OF NEW YORK, INC. (d/b/a LUKE'S BAR & GRILL), LUIGI MILITELLO, LUIGI LUZARDI and JOHN DOE,

          *Defendants*.

## MEMORANDUM ENDORSED

Case No.: 1:13-cv-04869 (GDW)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties that the above action is discontinued with prejudice and without costs to any party as against the other.

Dated: New York, New York
April __, 2014

_____
Stephen D. Hans
*Attorneys for Defendants*
STEPHEN D. HANS & ASSOCIATES, P.C.
45-18 Court Square, Suite 403
Long Island City, New York 11101
Tel: (718) 275-6700
Fax: (718) 275-6704

_____
Michael A. Faillace
Joshua Androphy
*Attorneys for Plaintiffs*
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd Street, Suite 2020
New York, New York 10165
Tel.: (212) 317-1200
Fax: (212) 317-1620

The parties have stipulated to the dismissal of this action under Rule 41(a)(1)(A)(ii). The case has already been closed by order of April 21, 2014.

Dated: April 25, 2014
New York, New York

_____
GREGORY H. WOODS
United States District Judge